UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SUSAN E. SCOTT

                Plaintiffs,

-vs-                                                  Case No. 5:10-cv-463-Orl-18TGW

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.

---

## ORDER

The case comes before the court on the United States Magistrate Judge's report and recommendation. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Plaintiff's complaint is **DISMISSED** for failure to respond to the court's orders. Clerk of the Court is directed to **CLOSE** the case.

It is **SO ORDERED** in Orlando, Florida, this __27__ day of December, 2010.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUSAN E. SCOTT,

      Plaintiff,

v.                               CASE No. 5:10-CV-463-OC-18TGW

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.
_____

## REPORT AND RECOMMENDATION

The plaintiff, on September 10, 2010, filed a complaint in this case seeking review of a denial of a claim for Social Security benefits.* The plaintiff filed a motion to proceed in forma pauperis (Doc. 2), and that request was granted on September 15, 2010 (Doc. 5).

This court issued a Related Case Order and Track One Notice, on September 14, 2010, which required review and certification of compliance with Local Rule 1.04(d) within fourteen days (Doc. 4). The plaintiff did not respond to this Order. On November 5, 2010, an Order to Show Cause was entered, directing the plaintiff to file a response to the Order

---

*This matter comes before the undersigned pursuant to the Standing Order of this court dated January 5, 1998. See also Local Rule 6.01(c)(21).

of September 14, 2010, within fifteen days, and further warned that noncompliance may result in dismissal of the case (Doc. 7). As of this date, there is no record in the court file that the plaintiff has responded to this Order.

For these reasons, I recommend that this action be dismissed unless the plaintiff, in response to this report and recommendation, shows good cause for her failure to respond to prior Orders of this court.

Respectfully submitted,

*[signature]*

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

DATED: DECEMBER 9, 2010

## NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal. 28 U.S.C. 636(b)(1).

-2-